# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2026 KW 0097

VERSUS

ISAIAH WILLIAMS

**MAY 4, 2026**

---

In Re:    Isaiah Williams, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. CR-1703430.

---

**BEFORE:    MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include the district court's ruling on the motion to correct an illegal sentence, the state's response, if any, the motion hearing transcript, the guilty plea and sentencing transcript, and any other portions of the district court record that might support the claims raised in the motion to correct an illegal sentence. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date, and the application shall be filed on or before July 7, 2026. Any future filing on this issue must include the entire contents of this application, the missing items noted above, and a copy of this ruling.

SMM
BDE
WEF

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT